**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-7247**

———————————

FREDDY L. WAMBACH,

                              Plaintiff - Appellant,

        versus

CHARLES M. CREECY, JR.; GARY DIXON; DOCTOR
SHAH; MS. LOWNEY,

                              Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. W. Earl Britt, District Judge.
(CA-96-545-BR)

———————————

Submitted:  December 10, 1996      Decided:  December 24, 1996

———————————

Before NIEMEYER and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Freddy L. Wambach, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C. § 1915(d) (1994), amended by Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321 (1996). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Wambach v. Creecy, No. CA-96-545-BR (E.D.N.C. Aug. 8, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2